In re:  
Anthony E Heindl, Jr.  
    Debtor

Case No. 20-01345-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Jun 01, 2020  
                   Form ID: ntcnfhrg    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db              +Anthony E Heindl, Jr.,    7 Pinewood Circle,    Hanover, PA 17331-9393
5327781          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5322365         +Snap On Crdt,    950 Technology Way,    Suite 301,    Libertyville, IL 60048-5339
5324574         +U.S. Department of Housing and Urban Development,    100 Penn Square East 11th Floor,
                  Philadelphia, PA 19107-3325
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2020 20:05:05
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5322859         +E-mail/Text: bankruptcy@cavps.com Jun 01 2020 20:01:57      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5322362         +E-mail/Text: bncnotices@becket-lee.com Jun 01 2020 20:01:21      Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5322363          E-mail/Text: camanagement@mtb.com Jun 01 2020 20:01:29      M & T Bank,    Attn: Bankruptcy,
                  Po Box 844,    Buffalo, NY 14240
5329692          E-mail/Text: camanagement@mtb.com Jun 01 2020 20:01:29      M&T Bank,    PO Box 840,
                  Buffalo, NY 14240
5322364         +E-mail/PDF: cbp@onemainfinancial.com Jun 01 2020 20:04:52      OneMain Financial,
                  Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5322705         +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2020 20:05:23      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Anthony E Heindl, Jr. Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony E Heindl Jr.,
 aka Anthony E Heindl,

Chapter 13

**Debtor 1**

Case No. 1:20–bk–01345–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 1, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: July 8, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 1, 2020 |

ntcnfhrg (03/18)