IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony E. Heindl Jr. aka Anthony E Heindl<br>                Debtor(s)<br><br>M&T Bank<br>                Movant<br>vs.<br><br>Anthony E. Heindl Jr. aka Anthony E Heindl<br>                Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                Trustee | BK NO. 20-01345 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 14, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony E. Heindl Jr. aka Anthony E Heindl
7 Pinewood Circle
Hanover, PA 17331

Attorney for Debtor(s)
Stephen Wade Parker, Mooney and Associates
230 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 14, 2021

                                                **/s/Rebecca A. Solarz Esquire**
                                                Rebecca A. Solarz Esquire
                                                Attorney I.D. 315936
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                215-825-6327
                                                rsolarz@kmllawgroup.com