Certificate Number: 16339-PAM-DE-036227116

Bankruptcy Case Number: 20-01345



16339-PAM-DE-036227116

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2021, at 2:05 o'clock PM EST, Anthony Heindl completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 28, 2021    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor