IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ANTHONY E. HEINDL JR. | ) | CHAPTER 13 |
| Aka ANTHONY E. HEINDL | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | CASE NO. 1:20-bk-01345-HWV |
| M & T BANK | ) | |
| Movant | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| ANTHONY E. HEINDL JR. | ) | |
| Aka ANTHONY E. HEINDL | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | |
| JACK N. ZAHAROOULOS | ) | |
| TRUSTEE | ) | |

## DEBTOR'S RESPONSE TO M & T BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

1. Movant, M & T Bank filed its Motion for Relief from Stay on March 6, 2023.

2. Debtor acknowledges some mortgage payments are past due.

3. Debtor desires the opportunity to cure any post-petition mortgage arrears and keep his home.

4. Debtor requests the Court deny Movant's Motion for Relief.

**WHERFORE**, Debtor, Anthony E. Heindl, Jr. prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed March 6, 2023, by M & T Bank.

Dated: March 20, 2023

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax