IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony E. Heindl Jr. aka Anthony E Heindl<br>Debtor(s) | CHAPTER 13 |
| M&T Bank<br>Movant<br>vs.<br>Anthony E. Heindl Jr. aka Anthony E Heindl<br>Debtor(s) | NO. 20-01345 HWV |
| Jack N. Zaharopoulos<br>Trustee | Nature of Proceeding: Motion for Relief from Stay |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; __Please continue the hearing 30 days to allow the parties more time to work on a resolution__.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 24, 2023

/s/ Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com