IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Anthony E Heindl, Jr.
aka Anthony E Heindl

| | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:20-bk-01345-HWV |
| | Document No.: | 41 |
| | Nature of Proceeding: | Second Request to continue hearing |

## NOTICE TO FILING PARTY

Notice is hereby given that:

Second requests to continue a matter must be filed in the form of a Motion with a proposed order. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. Failure to do so may result in a delay in processing this matter.

DATE: May 1, 2023

Clerk, U.S. Bankruptcy Court
1501 North 6th Street
Harrisburg, PA 17102

NTFP – Revised 04/18