United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 20-01345-HWV

Anthony E Heindl, Jr.                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                              Page 1 of 2

Date Rcvd: Jul 18, 2023                    Form ID: pdf010                         Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | Email/Text: camanagement@mtb.com | Jul 18 2023 18:48:00 | M & T Bank, Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2307 |
| 5322363 | Email/Text: camanagement@mtb.com | Jul 18 2023 18:48:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023                             Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Anthony E Heindl Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |

| | | |
|---|---|---|
| Stephen Wade Parker | on behalf of Debtor 1 Anthony E Heindl Jr. | wparker@etzweilerwithers.com, Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANTHONY E. HEINDL | : | CASE NO.: 1:20-bk-01345-HWV |
| | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | |

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

Upon consideration of the Motion for Approval of Loan Modification Agreement filed herein by the Debtor, the Court finds that the Debtor's Loan Modification with M & T Bank for Debtor's principal residence is hereby approved under the terms stated in Debtor's Motion and the Agreement.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 18, 2023