**Fill in this information to identify the case:**

Debtor 1       Anthony E. Heindl

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>20-01345 HWV</u>

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:**       M&T Bank                                  **Court claim no.** (if known):   6-2

**Last 4 digits** of any number you use to identify the debtor's account:     7450

**Property address:**

7 Pinewood Circle
Hanover, PA 17331

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this        $ _____
response is:

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees,
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: | (a) | $ 3,258.15 |
| b.   Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c.   **Total.** Add lines a and b. | (c) | $ 3,258.15 |

Creditor asserts that the debtor(s) are contractually obligated for     08 / 01 / 2023
the postpetition payment(s) that first became due on:

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*

Michael Farrington
11 Oct 2023, 08:52:30, EDT

Date    10/11/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

| Loan Number | | | Filing Date: | **4/22/2020** |
|---|---|---|---|---|
| Mortgagor Last Name: | Heindl Jr | | Case Number: | **20-01345** |
| Property Address: | 7 Pinewood Circle | | Investor: | M&T Bank |
| | Hanover PA 17331 | | Next Analysis: | |
| Date Produced: | 10/5/2023 | | Processor ID: | |

## LPS COMPARISON

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | $0.00 | $0.00 |
| 6/17/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $459.00 |
| 6/29/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $918.00 |
| 6/30/2020 | $0.00 | 8/1/2019 | $918.00 | $912.90 | $5.10 | -$918.00 | $0.00 |
| 7/14/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $459.00 |
| 7/29/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $918.00 |
| 7/30/2020 | $0.00 | 9/1/2019 | $918.00 | $912.90 | $5.10 | -$918.00 | $0.00 |
| 8/13/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $459.00 |
| 8/26/2020 | $459.00 | suspense | $0.00 | $0.00 | $0.00 | $459.00 | $918.00 |
| 8/27/2020 | $0.00 | 10/1/2019 | $918.00 | $912.90 | $5.10 | -$918.00 | $0.00 |
| 4/20/2021 | $348.14 | Trustee | $0.00 | $0.00 | $0.00 | $348.14 | $348.14 |
| 4/21/2021 | $0.00 | pre-pet FCL fees | $348.14 | $348.14 | $0.00 | -$348.14 | $0.00 |
| 5/21/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $369.42 |
| 5/24/2021 | $0.00 | pre-pet FCL fees | $369.42 | $369.42 | $0.00 | -$369.42 | $0.00 |
| 6/22/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $369.42 |
| 6/23/2021 | $0.00 | pre-pet FCL fees | $369.42 | $369.42 | $0.00 | -$369.42 | $0.00 |
| 7/19/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $369.42 |
| 7/20/2021 | $0.00 | pre-pet FCL fees | $369.42 | $369.42 | $0.00 | -$369.42 | $0.00 |
| 8/19/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $369.42 |
| 8/20/2021 | $0.00 | pre-pet FCL fees | $0.70 | $0.70 | $0.00 | -$0.70 | $368.72 |
| 8/20/2021 | $0.00 | pre-pet inspec | $8.72 | $8.72 | $0.00 | -$8.72 | $360.00 |
| 9/17/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $729.42 |
| 9/20/2021 | $0.00 | pre-pet inspec | $11.50 | $11.50 | $0.00 | -$11.50 | $717.92 |
| 10/21/2021 | $369.42 | Trustee | $0.00 | $0.00 | $0.00 | $369.42 | $1,087.34 |
| 10/22/2021 | $0.00 | pre-pet inspec | $13.28 | $13.28 | $0.00 | -$13.28 | $1,074.06 |
| 11/3/2021 | $0.00 | pre-pet inspec | $26.50 | $26.50 | $0.00 | -$26.50 | $1,047.56 |
| 11/3/2021 | $0.00 | pre-pet LC | $183.60 | $183.60 | $0.00 | -$183.60 | $863.96 |
| 11/22/2021 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $1,222.77 |
| 11/23/2021 | | 11/1/2019 | $918.12 | $918.12 | $0.00 | -$918.12 | $304.65 |
| 12/21/2021 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $663.46 |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| 1/26/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $1,022.27 |
| 2/28/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $1,381.08 |
| 3/21/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $1,739.89 |
| 4/18/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $2,098.70 |
| 6/17/2022 | $0.00 | escrow | $262.46 | $262.46 | $0.00 | -$262.46 | $1,836.24 |
| 6/17/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $2,195.05 |
| 6/17/2022 | $0.00 | 12/1/2019 | $918.12 | $918.12 | $0.00 | -$918.12 | $1,276.93 |
| 6/17/2022 | $0.00 | 1/1/2020 | $918.12 | $918.12 | $0.00 | -$918.12 | $358.81 |
| 6/22/2022 | $918.12 | rev (12/1/19) | $0.00 | $0.00 | $0.00 | $918.12 | $1,276.93 |
| 6/22/2022 | $918.12 | rev (1/1/20) | $0.00 | $0.00 | $0.00 | $918.12 | $2,195.05 |
| 6/24/2022 | $0.00 | 12/1/2019 | $918.12 | $918.12 | $0.00 | -$918.12 | $1,276.93 |
| 6/24/2022 | $0.00 | 1/1/2020 | $918.12 | $918.12 | $0.00 | -$918.12 | $358.81 |
| 7/20/2022 | $358.81 | Trustee | $0.00 | $0.00 | $0.00 | $358.81 | $717.62 |
| 8/22/2022 | $385.53 | Trustee | $0.00 | $0.00 | $0.00 | $385.53 | $1,103.15 |
| 8/23/2022 | $1,003.19 | suspense | $0.00 | $0.00 | $0.00 | $1,003.19 | $2,106.34 |
| 9/16/2022 | $386.50 | Trustee | $0.00 | $0.00 | $0.00 | $386.50 | $2,492.84 |
| 10/11/2022 | | Loan mod started | | | | | |
| 10/11/2022 | $1,819.71 | escrow | $1,819.71 | $1,819.71 | $0.00 | $0.00 | $2,492.84 |
| 10/13/2022 | -$358.81 | escrow | $0.00 | $0.00 | $0.00 | -$358.81 | $2,134.03 |
| 10/13/2022 | $358.81 | escrow | $358.81 | $358.81 | $0.00 | $0.00 | $2,134.03 |
| 10/19/2022 | $0.00 | 8/1/2022 | $1,026.62 | $1,026.62 | $0.00 | -$1,026.62 | $1,107.41 |
| 10/24/2022 | $0.00 | pre-pet fees | $722.03 | $722.03 | $0.00 | -$722.03 | $385.38 |
| 10/24/2022 | $1,026.62 | suspense | $0.00 | $0.00 | $0.00 | $1,026.62 | $1,412.00 |
| 11/3/2022 | $0.00 | 9/1/2022 | $1,026.62 | $1,026.62 | $0.00 | -$1,026.62 | $385.38 |
| 11/28/2022 | $1,026.62 | suspense | $0.00 | $0.00 | $0.00 | $1,026.62 | $1,412.00 |
| 11/29/2022 | $0.00 | 10/1/2022 | $1,026.62 | $1,026.62 | $0.00 | -$1,026.62 | $385.38 |
| 1/17/2023 | $1,026.62 | suspense | $0.00 | $0.00 | $0.00 | $1,026.62 | $1,412.00 |
| 1/18/2023 | $0.00 | 11/1/2022 | $1,026.62 | $1,026.62 | $0.00 | -$1,026.62 | $385.38 |
| 6/16/2023 | $1,086.05 | suspense | $0.00 | $0.00 | $0.00 | $1,086.05 | $1,471.43 |
| 8/1/2023 | $2,196.16 | escrow | $1,941.96 | $1,941.96 | $0.00 | $254.20 | $1,725.63 |
| 8/3/2023 | $0.00 | pre-pet fees | $639.58 | $639.58 | $0.00 | -$639.58 | $1,086.05 |
| 8/3/2023 | $385.38 | escrow | $385.38 | $385.38 | $0.00 | $0.00 | $1,086.05 |
| 8/18/2023 | $0.00 | 6/1/2023 | $1,086.05 | $1,086.05 | $0.00 | -$1,086.05 | $0.00 |
| 8/21/2023 | | Loan mod completed | | | $0.00 | $0.00 | $0.00 |
| 9/22/2023 | $1,086.05 | 7/1/2023 | $1,086.05 | $1,086.05 | $0.00 | $0.00 | $0.00 |
| not rcvd | | 8/1/2023 | $1,086.05 | $1,086.05 | $0.00 | -$1,086.05 | -$1,086.05 |
| not rcvd | | 9/1/2023 | $1,086.05 | $1,086.05 | $0.00 | -$1,086.05 | -$2,172.10 |
| not rcvd | | 10/1/2023 | $1,086.05 | $1,086.05 | $0.00 | -$1,086.05 | -$3,258.15 |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |
| | | | | | $0.00 | $0.00 | -$3,258.15 |

$15.30

| | |
|---|---|
| IN RE: Anthony E. Heindl Jr. aka<br>Anthony E Heindl | **BK NO. 20-01345 HWV** |
| Debtor(s) | **Chapter 13** |
| M&T Bank | **Related to Claim No. 6-2** |
| Movant | |
| vs. | |
| Anthony E. Heindl Jr. aka Anthony E<br>Heindl | |
| Debtor(s) | |
| Jack N. Zaharopoulos, | |
| Trustee | |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 11, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Anthony E. Heindl Jr. aka Anthony E Heindl
7 Pinewood Circle
Hanover, PA 17331

<u>AttorneyS for Debtor(s) (via ECF)</u>
Stephen Wade Parker
Etzweiler and Withers LLC
105 N. Front Street, SUITE 100
Harrisburg, PA 17101

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>October 11, 2023</u>

<u>/s/ Michael P. Farrington</u>
Michael P. Farrington, Esquire
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com