## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony E. Heindl Jr. aka Anthony E Heindl<br>     **Debtor(s)** | **BK NO. 20-01345 HWV** |
| | **Chapter 13** |
| M&T Bank<br>     **Movant** | **Related to Claim No. 6** |
| vs. | |
| Anthony E. Heindl Jr. aka Anthony E Heindl<br>     **Debtor(s)** | |
| Jack N. Zaharopoulos,<br>     **Trustee** | |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Anthony E. Heindl Jr. aka Anthony E Heindl
7 Pinewood Circle
Hanover, PA 17331

<u>Attorney for Debtor(s)</u>
Nicholas G. Platt
Mooney Law
230 York Street (VIA EF)
Hanover, PA 17331

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

<u>**/s/Michael P. Farrington, Esq.**</u>
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com